UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
Civil Action No.0:17-cv-91-HRW

DEMING SMITH, individually & on                                      PLAINTIFF
behalf of all similarly situated plaintiffs

v.                    **AGREED ORDER OF DISMISSAL AS SETTLED**

BLUEAGLE MEDICAL TRANSPORTATION, LLC
& BATH MEDICAL TRANSPORTATION, INC.                              DEFENDANTS

---

By agreement of the parties, full and final settlement now having been reached and satisfied,

and the Court being otherwise sufficiently advised;

It is hereby AGREED and therefore ORDERED and ADJUDGED that the claims of the

Plaintiff, Deming Smith, against the Defendants, Blueagle Medical Transportation, LLC and Bath

Medical Transportation, Inc., in the above-styled action shall now be dismissed with prejudice and

each of the parties are to pay their own respective costs.

To be entered this the _____ day of _____, 2018.


                                        _____
                                        JUDGE, U.S. DISTRICT COURT
                                        PIKEVILLE DIVISION

HAVE SEEN AND AGREED:


_____
Bernard R. Mazaheri, Esq.
Attorney for Plaintiff

Katherine J. Hornback, Esq.
Attorney for Defendants

## CLERK'S CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing has been served upon the parties by mailing same to the following, this the _____ day of _____, 2018:

Bernard R. Mazaheri, Esq.
Morgan & Morgan
333 W. Vine Street, Suite 1200
Lexington, KY 40507
ATTORNEY FOR PLAINTIFF

Katherine J. Hornback, Esq.
Reinhardt & Associates, PLC
449 Lewis Hargett Circle, Suite 210
Lexington, KY 40503
ATTORNEY FOR DEFENDANTS

_____
CLERK, U.S. DISTRICT COURT

H:\KIT\Smith v. Blueagle\Pleadings\AOD.wpd