Eastern District of Kentucky
**F I L E D**

NOV 0 6 2018

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
Civil Action No.0:17-cv-91-HRW

DEMING SMITH, individually & on PLAINTIFF
behalf of all similarly situated plaintiffs

v. **AGREED ORDER OF DISMISSAL AS SETTLED**

BLUEAGLE MEDICAL TRANSPORTATION, LLC
& BATH MEDICAL TRANSPORTATION, INC. DEFENDANTS

---

By agreement of the parties, full and final settlement now having been reached and satisfied, and the Court being otherwise sufficiently advised;

It is hereby AGREED and therefore ORDERED and ADJUDGED that the claims of the Plaintiff, Deming Smith, against the Defendants, Blueagle Medical Transportation, LLC and Bath Medical Transportation, Inc., in the above-styled action shall now be dismissed with prejudice and each of the parties are to pay their own respective costs.

To be entered this the 6th day of November, 2018.

Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge

HAVE SEEN AND AGREED:

Bernard R. Mazaheri, Esq.
Attorney for Plaintiff

_[signature]_

Katherine J. Hornback, Esq.
Attorney for Defendants

## CLERK'S CERTIFICATE OF SERVICE

This will certify that a true and accurate copy of the foregoing has been served upon the parties by mailing same to the following, this the _____ day of _____, 2018:

| | |
|---|---|
| Bernard R. Mazaheri, Esq. | Katherine J. Hornback, Esq. |
| Morgan & Morgan | Reinhardt & Associates, PLC |
| 333 W. Vine Street, Suite 1200 | 449 Lewis Hargett Circle, Suite 210 |
| Lexington, KY 40507 | Lexington, KY 40503 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

_____
CLERK, U.S. DISTRICT COURT

H:\KIT\Smith v. Blueagle\Pleadings\AOD.wpd